UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Trudy B. Grant, Sarah Krawcheck, Nashonda Hunter, Max Milliken, and Caleb Clark,<br><br>    Plaintiffs,<br><br>  v.<br><br>Howard Knapp as the Executive Director of the South Carolina Election Commission, Dennis Shedd (Chair), JoAnne Day, Clifford J. Edler, Linda McCall and Scott Moseley, as Members of the South Carolina Election Commission,[1] and Charleston County Board of Elections and Voter Registration,<br><br>    Defendants. | No.: 2:23-cv-06838-BHH |

**State Election Commission Defendants' Motion for Summary Judgment**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Howard Knapp as the Executive Director of the South Carolina Election Commission, Dennis Shedd (Chair), JoAnne Day, Clifford J. Edler, Linda McCall, and Scott Moseley, all of whom have been sued in their official capacities with the State Election Commission (SEC)[2] move for the entry of summary judgment against Plaintiffs' Complaint. For the reasons set forth in the attached memorandum, there is no genuine issue as to any material fact and the SEC Defendants are entitled to judgment as a matter of law.

---

[1] S.C. Code Ann. § 7-3-10 created the "State Election Commission." (SEC)—the proper name of the SEC. There is no South Carolina government agency known as the South Carolina Election Commission.

[2] Collectively, the Commission and Knapp are referred to as the SEC Defendants.

55174611 v1.doc

2

Respectfully submitted,

*s/ Mary Elizabeth Crum*
Mary Elizabeth Crum (Fed. ID No. 372)
Tracey C. Green (Fed. ID No. 6644)
Michael R. Burchstead (Fed. ID No. 10297)
Benjamin R. Jenkins IV (Fed. ID No. 14138)
BURR & FORMAN LLP
PO Box 11390
Columbia, SC 29211
(803) 799-9800
lcrum@burr.com
tgreen@burr.com
mburchstead@burr.com
bjenkins@burr.com

Thomas W. Nicholson (Fed. ID No. 12086)
STATE ELECTION COMMISSION
1122 Lady Street, Suite 500
Columbia, SC 29201
(803) 734-9063
tnicholson@elections.sc.gov

*Counsel for Defendants Howard Knapp, Dennis Shedd, JoAnne Day, Clifford J. Edler, Linda McCall, and Scott Moseley*

August 30, 2024
Columbia, South Carolina

2