# EXHIBIT 6

**The State**
Columbia, South Carolina • Fri, May 18, 1990
Page 8

## STATE HOUSE REPORT



## At-home jailing called too soft for criminals

A bill that would allow criminals to be incarcerated in their homes with electronic monitoring devices was attacked in the House Thursday as allowing offenders to pay for their crimes with "country-club living."

Rep. Tom Limehouse, R-Dorchester, argued that the bill would punish criminals by letting them work in their gardens, visit with neighbors, "sleep in their king-size waterbeds and watch color TV. That's not punishment. That's country-club living."

Supporters said electronic home detention is a viable alternative to sending non-violent criminals to jail and would help reduce prison overcrowding.

Limehouse and two other House members objected to the bill, which means that it will probably not become law this year.

### Ballot compromise fails

The House on Thursday refused to compromise with the Senate on a bill that would allow senior citizens to vote by absentee ballots.

The House version of the bill would permit citizens 65 and older to vote by absentee ballots. The Senate amended the bill to raise the minimum age to 68.

A tentative compromise had been worked out on the age requirement, giving the benefit to people 68 and older.

But the full House refused to go along with the compromise.

"Some people are going to go out with absentee ballots and try to manipulate people," Rep. Herb Kirsh, D-York, said. "You're going to find that absentee ballots are going to change a lot of elections at the last moment."

The compromise needed 83 votes for approval but got 73. That means the House will either have to go along with the Senate bill or let the bill die.

**Columbia's 5-day forecast**
The week's weather at a glance...
on the weather pages of
**The 🌳 State**