**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Trudy B. Grant, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 23-cv-06838 |
| v. | ) | |
| Conway Belangia, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO EXTEND TIME FOR FILING ATTORNEYS' FEE PETITION**

Pursuant to Rule 54(d)(2)(B)(i), Plaintiffs-Appellants hereby move to extend the time for filing an attorneys' fee petition until a reasonable time after the merits of this case are resolved, specifically, until 45 days after expiration of time to file a petition for a writ of certiorari, or, if such a petition is filed, until 45 days after a final decision by the Supreme Court.

1. As to postponing the starting time until all appeals on the merits issues are decided or exhausted: Until such time, it will not be known whether plaintiffs-appellants will be prevailing parties entitled to seek attorneys' fee.
2. As to lengthening the time allowed from 14 days to 45 days, plaintiffs-appellants would show that this case already includes almost four years of attorney time, thus making completion of any fee petition a time-consuming task.

WHEREFORE Plaintiffs-Appellants pray for an Order under Rule 54(b)(2)(d)(i), Fed.R.Civ.P. extending the starting time for filing a fee petition until this Court's jurisdiction is restored after all appeals on the merits (not including relief) are finally decided or the appeal time expires and expanding the time for filing a fee petition to 45 days instead of 14 days.

Plaintiffs-Appellants have consulted with counsel for all Defendants-Appellees, who do not object to granting such an Order.

Date: October 2, 2026

_s/Armand Derfner_____________________

Derfner & Altman, LLC
Armand Derfner, Fed. ID No. 528
Jonathan S. Altman, Fed. ID No. 5796
575 King Street, Suite B
Charleston, SC 29403
aderfner@derfneraltman.com
jaltman@derfneraltman.com
Telephone: (843) 723-9804

Susan K. Dunn, Fed. ID No. 647
37 Charlotte Street, Suite A
Charleston, SC 29403
susandunn1950@gmail.com
Telephone: (843) 830-1571

Chad W. Dunn, Esq. *(Pro Hac Vice)*
Brazil & Dunn, LLP
1900 Pearl Street
Austin, TX 78705
chad@brazilanddunn.com
Telephone: (512) 717-9822

Pamela S. Karlan
559 Nathan Abbott Way
Stanford, CA 94305
karlan@stanford.edu
Telephone: (650) 725-4851

*Attorneys for Plaintiffs*